**Appeal Dismissed and Memorandum Opinion filed April 2, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00034-CR**

---

**BETTY RUNYON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 424th District Court**
**Burnet County, Texas**
**Trial Court Cause No. 54748**

---

## MEMORANDUM OPINION

Appellant was convicted of possession of a controlled substance, less than one gram, and sentenced to five years' incarceration on November 16, 2023. No timely motion for new trial was filed. Therefore, appellant's notice of appeal was due by December 16, 2023. *See* Tex. R. App. P. 26.2(a)(1).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the trial court, and (b) a motion for extension of time in the court of appeals. *See* Tex.

R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion for extension of time to file notice of appeal). The fifteenth day after December 16, 2023 was December 31, 2023.

Appellant's pro se notice of appeal was dated by hand on December 20, 2023 and filed December 27, 2023, within 15 days of the due date. Appellant, however, did not file a motion for extension of time to file the notice of appeal.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal, but no motion for extension of time, is filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id*

On February 28, 2024, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).

2